Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:     619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz
slevine@sessions-law.biz

Attorneys for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE IZZO,<br><br>                    Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>                    Defendant. | Case No.  09-CV-03148-FCD-DAD<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff THEODORE IZZO and Defendant NCO FINANCIAL SYSTEMS, INC., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 45 days.

///

///

///

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after January 25, 2010, for filing dispositional documents.

Dated: December 11, 2009        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Sondra R. Levine

_____
Sondra R. Levine
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: December 11, 2009        KROHN & MOSS, LTD

/s/ G. Thomas Martin, III

_____
G. Thomas Martin, III
Attorney for Plaintiff Theodore Izzo